NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GONZALEZ DRYWALL & FRAMING,　)
INC.,　)
　)
　　　Appellant,　)
　)
v.　)　Case No. 2D17-11
　)
DEPARTMENT OF FINANCIAL　)
SERVICES, DIVISION OF WORKERS'　)
COMPENSATION,　)
　)
　　　Appellee.　)
_____　)

Opinion filed February 2, 2018.

Appeal from the Division of Workers'
Compensation.

Donald A. Harrison, Riverview, for
Appellant.

Jonathan Martin and Gregory D. Venz,
Department of Financial Services,
Tallahassee, for Appellee.

PER CURIAM.

　　　　　Affirmed.

NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.